

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 14, 2026

**Via ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: *Az-Zahid v. Murphy, et. al.*, 23-CV-6718 (KMK)

Dear Judge Karas:

I represent Defendant Murphy in this action. Pursuant to Your Honor's March 31, 2026 Order (Dkt. No. 57), the Court denied Defendant's motion for summary judgment and determined a hearing was necessary to resolve the question of exhaustion in this case. The Court scheduled a telephone conference on May 28, 2026 at 12:00 PM to discuss this hearing. I write to request the Court adjourn this conference from May 28, 2026 to June 9, 2026. I have previously scheduled vacation from May 26 – May 29 and a mandatory work training in Albany from June 1 – June 5, 2026. As such, I ask the proposed conference on May 28, 2026 be adjourned to after my return on June 8, 2026.

This is Defendant's first request for an extension following this Court's Order and should not impact any other deadlines in this matter. Plaintiff's consent was not sought in light of the difficulties of communicating with an incarcerated individual. I thank the Court for its attention to this matter.

Granted, in part. The conference will be moved up to 6 | 16/26, at 11:30 The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

4/14/26

Respectfully submitted,

/s/ *Owen M. Crowley*
Owen M. Crowley
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8952
Owen.crowley@ag.ny.gov

cc:   Salim Nafis Az-Zahid (via *First Class Mail*)
      DIN: 95B1237
      Wyoming Correctional Facility
      P.O. Box 501

Hon. Kenneth M. Karas                                                                Page 2 of 2
April 14, 2026

    Attica, NY 14011-0501
    *Plaintiff pro se*